John Sebastian, Appellee, v. Herman Stamer and Julius Stamer, Appellants.

Gen. No. 44,880.

Chancellor &
Chancellor, for appellants; Ramlose & Edwards, for appellee. Opinion
by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion
filed March 8, 1950; released for publication April 3, 1950.